## BELLEFONTE UNDERWRITERS INSUR. CO. v. ALFA AVIATION

No. 237PA83.

Case below: 61 N.C. App. 544.

Petition by Smith for writ of certiorari to North Carolina Court of Appeals allowed 3 November 1983.

## EDWARDS v. BROWN'S CABINETS

No. 495P83.

Case below: 63 N.C. App. 524.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 13 October 1983.

## GARLAND v. CITY OF ASHEVILLE

No. 460P83.

Case below: 63 N.C. App. 490.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 November 1983.

## HOCH v. YOUNG

No. 454P83.

Case below: 63 N.C. App. 480.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1983.

## HOGAN v. HOGAN

No. 448P83.

Case below: 63 N.C. App. 565.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 November 1983.